(Name) Manuel Tamayo Torres Jr.

(Address) PO Box 1050

(City, State, Zip) Soledad CA, 93960

(CDC Inmate No.) V12118

FILED JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED MAY 28 2008

E-filing

# United States District Court
## ~~Southern~~ Northern District of California

Manuel Tamayo Torres Jr.,
(Enter full name of plaintiff in this action.)

v.

Mike Evans. (CDW),
(Enter full name of each defendant in this action.)

Plaintiff,

Defendant(s).

CV 08 -2945 PJH

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

(PR)

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Manuel Tamayo Torres Jr., who presently resides at Salinas Valley State Prison (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Salinas Valley State Prison (institution/place where violation occurred) on (dates) 3/7/08, 3/12/08 (Count 1), 4/7/08, 4/14/08 (Count 2), and 4/16/08, 3/08 (Count 3).

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 Form (Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant **Mr. Drue** (name) resides in **Soledad** (County of residence), and is employed as a **M.D. Doctor** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: cruel unusual punishment, refusing me right medical service, to a lower bunk chrono due to mal-practice, conspiracy, corruption, 4/7/08 Salinas Valley State Prison. §241.13·civil rights, conspiracy against right. attempt to kill. chapter 13. §247-§248

Defendant **Mr. R. Mack** (name) resides in **Soledad** (County of residence), and is employed as a **M.D. Doctor** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: cruel unusual punishment, refusing me service and lying about a "MRI" conspiracy and corruption. 3/12/08 Salinas Valley State prison. §241.13·civil rights, attempt to kill. §247-248

Defendant **V. Pajons** (name) resides in **Soledad** (County of residence), and is employed as a **Reg. Nurse** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: cruel punishment, hate crime, refusing me medical service, conspiracy and corruption. Told by a C/O I was throwing blood up. 3/7/08 Salinas Valley state Prison §241.13 civil rights. Attempt to kill. §247-248 chapter.13

Defendant **Ms. Partida** (name) resides in **Soledad** (County of residence), and is employed as a **Counselor** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Conspiracy and corruption, cruel and unusual punishment, hate crime, Falsifying my C-File, racially profiling me to something else. Holding me as a Mexican, my license says hispanic someone of a portuguese descent white! Im white over white, Freedom of association, freedom of religion. Tampering with Federal mail with trust account office they send my complaints without trust statement. §241.13·civil right, Attempt to kill. chapter §248

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: _____
(E.g., (right to medical care)(access to courts), due process, free speech, (freedom of religion)(freedom of association)(freedom from cruel and unusual punishment) etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

① 3/7/08 V. Pajons refused me medical service evan after told by C/O's that i was throwing blood up. V. Pajons R.N Told C/O's to get me out of CTC and they brought me back to the cell.

Defendant - ② 3/12/08 Dr. R. Mack seen me on a check-up he told me i was scheduled for a "MRI" it never happened, they refused me the service i've gone on with all the cruel pain and punishment.

Defendant - ③ 4/9/08 Dr. Drue seen me on a check-up after all my man downs due to pain. These doctors want more of my blood, they always lie to me about my medical issues i don't give them anymore blood. They see me in pain i asked for a lower bunk chrono, Dr. Drue got mad when i asked, and said no. i got serious problems Lambro back problems, Larynx damage to mal-practice, im handicap without medical service.

Defendant - ④ 4/14/08 A. Burcon R.N, Answers to my man down C/O's helped me walk out the cell i told R.N. that the pain was so bad i couldn't bend over to walk the inflimation was pushing gas and urine out my privates. A. Burcon lied on my report stating i was having problems taking a sit-down witch i never said. Those words never came out as a verbal understanding nor out of my mouth. I've never in my life had problems with this. A. Burcon diagnosed me wrong on his report and file.

Defendant - ⑤ 4/16/08 R. Howell R.N. seen me he gave me wrong instructions to cause me great bodily injury, he told me i would get a lower bunk chrono witch was a lie. I had a very long heart attack followed by a seizure R.N. told me he didn't like my attitude, I waited three hours in a wheelchair just to be seen. They keep on celling me with people with Hepatits-C.

Defendant - ⑥ On 11/27/07, i arrved here at S.V.S.P i told the Sgt. over at R&R i was white. They refused me as white, They refused to comply with my rights. Counselor Partida never made my change remember im booked as Hispanic and thats portuguese someone of a portuguese decsent. Im American Hawaiian and Portuguese, We came to a verbal understanding "i should be down as "other" and she said no not going to do it, she Ms. Partida said i get served every day" § 3025 D.N.A. I request that the court collects my D.N.A. Samples blood and speciemes to proof my color as white over white. My birth-certificate gots no color four times ---- under color i need it corrected to be filled inn to white over white. My name Manuel Tamayo Torres Jr. changed to "John Torry Oleans," I'll be waiting! Polygraph everyone! I must be changed to white as my orite as every other white person. I've been at this - I was stabbed and 3 year 1/2. They are placed under arrest. assaulted already. Racial.

§ 1983 Form (Rev. 5/98)

Count 2: The following civil right has been violated: _____
(E.g., right to medical care, access to courts, due process, (free speech) freedom of religion, freedom of association, (freedom from cruel and unusual punishment,) etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

(7) 12/07 - 5/08 Dr. Sahly is my check-up psychologist for this "ITC" program. People that started CCCMS psych medication are the people that talk to psych doctors once a month or so. I started the program on 6/12/06 or so due to medical mal-practice Grisiofulvin 500mgs and as you look at my writing im very sick. Complete body nerve damage plus im lucky to be alive from that alone. Other medication I took was Buspirone 15mg twice a day i been off six months as of 6/12/08 which is required to be taken off the "ITC" program. I done it once in 2007, psych's refused to take me off the program, im going on two times of completing this program i want off. Dr. Sanly told me this problem is all in my head in other words im insane. Dr. Sahly asked a verious series of questions one being if i drunk alcohol i said "yes" only when i go out with my brother or family. Ms. Sahly turns around and states in her reports that i abused alcohol, abused alcohol we got two different meanings my liver is irregular at 42% percent due to medical mal-practice the pill never even worked. The way i see it which is funny alcohol abuse could be used against in court so Ms. or Dr. Sahly would say. I'm going to not say they want the best for me must i say more, you got or could get my liver lab work on my medical file i mean answering questions for seven or eleven years gets you a job, but the way you use your brain is what makes you a winning psychologist. Your word means nothing when it's based on lies. I know the story they keep me on the program and when my release comes around they hold me 48 hours after release. Custody probably plans on that already. What's doctors plan was it to leave me nerve damaged for the rest of my life with all the health issues. I think im suppose to say well it is in my head, i don't even want to see or talk even answer anymore questions Dr. Sahly has to ask. The people of CDC state prison staff and doctors our my only problem in the world they just decided to attempt on killing me with pills, i don't even know these people after the court reads this i'd really appreciate if Dr. Sahly stopped calling me in, no reason for it. It's all in my brain, what would happen if you had a weak minded person and if the psych really convinced this person it was in his mind, and he did all this to him self? I think you could imagine what people felt like when their back in the hole, you could put the rest together. Defendant - ↑ why would i have these problems my uncle "Wayne Holman" works out of San Diego Donovan State Prison, i told the counselors. If you don't get my 6 month account statement with this filing fee it Salinas Valley State Prison.

Count 3: The following civil right has been violated: _____
(E.g., right to medical care, access to courts,

§ 1983 Form (Rev. 5/98)    4    ::ODMA\PCDOCS\WORDPERFECT\22834\1

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.] When you speak to someone like Dr. Sahly you see her problem and intentions, they want to make their lives look so perfect because they hold a Ph.d. She Dr. Sahly is still confused with her social priority as with her personal life. Dr. Sahly is looking for something more in life due to trama, no control she's scared from something and being here in prison she's takes total control of situation that our wrong, incorrect, and immortal to a human being. But Dr. Sahly does it because that's all she gets and it makes her feel good and incontrol of herself but she's hurting herself at the end. Some personal relationship of her past even multiple past relationships hang over her head as unforgettable. Dr. Sahly takes her depression out here on defenceless people. Dr. Sahly gets very big priorities to live up to, at least she feels that way.

(8) One R/N Kathrine diagnosed me. "Quote having cholestreal problems." Those were the reasons of my episodes of heart attacks, fevers, seizures, nerve damages, lumbro back problems and other issues. I've never been over 155 rate pulse but thats the cover up here. Grisiofulvin 500mgs, 90,000mgs total plus buspirone 15mgs twice a day, total 30mgs daily. Both doctors oriental R/N Kathrine oriental, and as for other doctors and R/N's well I guess people don't like me. If it was full proof, they would of called it a natural cause would of died they would of never gave it to me why risk something that wasn't full proof these pills should of never been prescribed at a men's institution. On my behalf im protecting myself these are medical service rights ive got due to malpractice and our consentual right being by not only federal but state laws. These our crimes that have been committed and our being reported. Im meeting all requirments except the $350.00 but due to justice i don't see how this could be a problem. The medication, grisiofulvin has put along with the buspirone has modified and put heat, fire in my blood their blood pills, my nails never even grew back i request surgical removal of my toenails i can't stop the circulation of my toenails myself. The psych's and staff want to cover the malpractice up with saying i have cancer problems i want back to normal i can't do nothing how could i work with nerve damage. i see, state wants me dead, considered enemy of state! Am i bipolar as well they may say, no pills?

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: MANUEL TAMAYO TORRES JR. (COW) MIKE EVANS
Defendants: MARLIN SNYDER, C/O BELLINGER, GRANILLO, BLANKERSHIM

(b) Name of the court and docket number: U.S. DISTRICT COURT EASTERN DISTRICT FRESNO CALIFORNIA. 1:08-CV-00428-AWI-GSA (PC)

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] STILL PENDING

(d) Issues raised:
CRUEL UNUSUAL PUNISHMENT, CONSPIRACY CORRUPTION, DEATH BY FINISHING A JOB DONE WITH PHARMACEUTICALS

(e) Approximate date case was filed: 3/6/07
(f) Approximate date of disposition: STILL PENDING

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. 602, NO RESULTS SO FAR!

§ 1983 Form
(Rev. 5/98)

6

::ODMA\PCDOCS\WORDPERFECT\22834\1

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief: $350⁰⁰

1. An injunction preventing defendant(s): Ms. Partida
   Dr. Drue
   Dr. R. Mack
   RN. N Pajons
   RN. A. Burcon
2. Damages in the sum of $   RN. R. Howell
3. Punitive damages in the sum of $   Ms. Sanly Ph.D
4. Other: Mental damage
   Physical damage

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.   **OR**   ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

5/23/08                                  _[signature]_
Date                                     Signature of Plaintiff

Case 3:08-cv-02945-PJH   Document 1   Filed 06/12/2008   Page 8 of 10

Manuel Tamayo Torres Jr.
Salinas Valley State Prison
V12118
Po box 1050 A3/034
Soledad, Ca 93960
U.S. District Court Northern District.

Defendant "A. Burcon" resides in Soledad and is employed as a Reg. Nurse. This defendant is sued in his/her ☒ individual ☒ official capacity. Explain how this defendant was acting under color of law: 4/14/08, conspiracy and corruption, lying on the follow up report, cruel unusual punishment, Salinas Valley State Prison. 13·civil rights attempt to kill. §247-248

Defendant "R. Howell resides" in Soledad and is employed as a Reg. Nurse. This defendant is sued in his/her ☒ individual ☒ official capacity. Explain how this defendant was acting under color of law: 4/16/08 Salinas Valley State Prison, cruel unusual punishment, lying about getting me a lower bunk chrono, giving me wrong instructions to cause great bodily injury due to mal-practice grisiofulvin 500mgs and Psychiatric Mal-practice Buspirone 15mgs. Both female gender. §241·13 civil rights attempt to kill.

Defendant "Ms. Sanly" resides in Soledad and is employed as a Psychologist Ph.D. This defendant is sued in his/her ☒ individual ☒ official capacity. Explain how this defendant was acting under color of law: Conspiracy and corruption, falsifying Psychological reports, cruel and unusual punishment. cn. 13·civil rights §241

x, [signature]
5/23/08

Clerk of Northern Court,

This was mailed out on 5-26-08, it was returned on 5-29-08. They say CCI must sign the prison certificate off it's done. The trust account office refuses on mailing the $5.00 fee to the court and refuses on giving you a trust account print out. conspiracy to my rights. Mailed back out on 5-29-08.

"Justice" My life is in danger because of the trust account office of Salinas Valley State Prison, I was stabbed and assaulted already. Racial.

Manuel Tamayo Torres Jr.
V12118

PRISON RATED MAIL

Manuel Tamano Torres Jr.
V-12118-A3 103
Salinas Valley State Prison
Po box 1050
Soledad, Ca 93960

RECEIVED
JUN - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of U.S. Northern District Court
450 Golden Gate Avenue - Box 36060
San Francisco, Ca 94102-3483