**FILED**
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

PJH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Manuel Tamayo Torres Jr.
V12118          Plaintiff,

vs.

Mike Evans (CDW)
                Defendant.

CASE NO.  CV 08  2945

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS  (PR)

I, Manuel Tamayo Torres Jr., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A _____  Net: N/A _____

Employer: N/A _____

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received.  (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | San Diego Bloodbank, San Diego, Ca 92102
5 | 10.51 an hour, only worked two days.
6 |
7 | 2.     Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |         a.     Business, Profession or                    Yes ___ No ✓
10 |                self employment
11 |        b.     Income from stocks, bonds,                 Yes ✓ No ~~✓~~
12 |                or royalties?
13 |        c.     Rent payments?                             Yes ___ No ✓
14 |        d.     Pensions, annuities, or                    Yes ___ No ✓
15 |                life insurance payments?
16 |        e.     Federal or State welfare payments,         Yes ___ No ✓
17 |                Social Security or other govern-
18 |                ment source?
19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | Grandma $50.00 every one to two months.
22 |
23 | 3.     Are you married?                                  Yes ___ No ✓
24 | Spouse's Full Name: N/A
25 | Spouse's Place of Employment: _____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $ N/A                    Net $ N/A
28 | 4.     a.     List amount you contribute to your spouse's support:$ N/A

1      b.     List the persons other than your spouse who are dependent upon you for
2                support and indicate how much you contribute toward their support. (NOTE:
3                For minor children, list only their initials and ages. DO NOT INCLUDE
4                THEIR NAMES.).
5           N/A
6
7    5.     Do you own or are you buying a home?      Yes ___ No ✓
8 Estimated Market Value: $_____ Amount of Mortgage: $_____
9    6.     Do you own an automobile?      Yes ✓ No ___
10 Make Toyota/Chevrolet Year 1999/1991 Model Corolla/Lumina
11 Is it financed? Yes ✓ No ___ If so, Total due: $ 2,500 Toyota
12 Monthly Payment: $ 299 or so!
13    7.     Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
14 Name(s) and address(es) of bank: Bank of America, San Ysidro Blvd.
15 San Ysidro, Ca 92173 trying to close account
16 Present balance(s): $ 0
17 Do you own any cash? Yes ___ No ✓ Amount: $ 0
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20
21    8.     What are your monthly expenses?
22 Rent: $ N/A               Utilities: N/A
23 Food: $ N/A                Clothing: N/A
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ — | $ — |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)
① Blockbuster Video Palm Ave San Diego Ca 91945, late fees. ② Cingular wireless San Diego, $300+. AT&T telephone, $300+.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.
① U.S Eastern district Court, Manuel Tamayo Torres Jr. vs. Marlin Snyder #1:08-cv-00428-AWI-GSA-(PC) ② Manuel Tamayo Torres Jr. vs. Mike Evans #1:08-cv-00748-SMS-(PC)

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6/18/08

DATE                               SIGNATURE OF APPLICANT

Case Number: C08-2945-PJH

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Torres, Manuel** V12118 for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020          [prisoner name]
SOLEDAD, CA 93960-1020

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **25.00** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **78.16**.

Dated: **7/1/08**        _L. Macias_

[Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                          REPORT DATE: 07/01/08
                                                                PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 01, 2008

ACCOUNT NUMBER  : V12118                    BED/CELL NUMBER: FAB2T2000000207U
ACCOUNT NAME    : TORRES, MANUEL TAMAYO JR  ACCOUNT TYPE:  I
PRIVILEGE GROUP: B
                             TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE   DESCRIPTION      COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----   -----------      -------       ---------   --------   -----------   -------

01/01/2008     BEGINNING BALANCE                                                      44.20

01/03   D320   TRUST FUNDS T  1703 CCI                     50.00                      94.20
01/08   FC01   DRAW-FAC 1     1752 A3                                    90.00         4.20
01/08   FR01   CANTEEN RETUR  701766                                     11.50-       15.70
02/08   FR01   CANTEEN RETUR  702084                                     52.00-       67.70
02/08   FC01   DRAW-FAC 1     2086 A3                                    40.00        27.70
02/08   D300   CASH DEPOSIT   2093 7324                    50.00                      77.70
02/26   W516   LEGAL COPY CH  2228 LCOPY                                  3.60        74.10
02/26   W512   LEGAL POSTAGE  2231 ENVEL                                  1.10        73.00
03/03   W516   LEGAL COPY CH  2257 LCOPY                                  2.40        70.60
03/05   W512   LEGAL POSTAGE  2276/LPOST                                  0.92        69.68
03/07   W512   LEGAL POSTAGE  2320 LPOST                                  0.92        68.76
03/25   D300   CASH DEPOSIT   2489 7494                    50.00                     118.76
04/08   W516   LEGAL COPY CH  2589 LCOPY                                 14.70       104.06
04/08   W516   LEGAL COPY CH  2589 LCOPY                                  1.20       102.86
04/08   W516   LEGAL COPY CH  2589 LCOPY                                  6.00        96.86
04/08   W516   LEGAL COPY CH  2590 LCOPY                                 26.70        70.16
04/08   W512   LEGAL POSTAGE  2590 ENVEL                                  1.10        69.06
04/08   W512   LEGAL POSTAGE  2590 ENVEL                                  0.90        68.16
04/10   W516   LEGAL COPY CH  2607 LCOPY                                  0.60        67.56
04/15   W536   COPAY CHARGE   2645DCOPAY                                  5.00        62.56
04/18   D300   CASH DEPOSIT   2694 7601                    50.00                     112.56
04/21   W516   LEGAL COPY CH  2711 LCOPY                                  5.10       107.46
05/01   W512   LEGAL POSTAGE  2793 LPOST                                  1.14       106.32
05/01   W512   LEGAL POSTAGE  2793 LPOST                                  0.32       106.00
05/13   W515   COPY CHARGE    2897 MCOPY                                 50.40        55.60
05/16   W512   LEGAL POSTAGE  2922 ENVEL                                  1.20        54.40
05/16   W516   LEGAL COPY CH  2922 LCOPY                                  4.00        50.40
05/16   W516   LEGAL COPY CH  2922 LCOPY                                  1.50        48.90
05/16   W516   LEGAL COPY CH  2922 LCOPY                                  0.10        48.80
06/02   W512   LEGAL POSTAGE  3036 ENVEL                                  0.90        47.90
06/02   W516   LEGAL COPY CH  3036 LCOPY                                  3.20        44.70
06/02   W516   LEGAL COPY CH  3036 LCOPY                                  6.00        38.70
06/02   W516   LEGAL COPY CH  3036 LCOPY                                  2.80        35.90
06/02   W516   LEGAL COPY CH  3036 LCOPY                                  2.80        33.10
06/02   W516   LEGAL COPY CH  3036 LCOPY                                  4.40        28.70
06/20   W512   LEGAL POSTAGE  3240 ENVEL                                  0.90        27.80
06/20   W516   LEGAL COPY CH  3240 LCOPY                                  3.90        23.90
06/20   W516   LEGAL COPY CH  3240 LCOPY                                  0.60        23.30
06/23   W515   COPY CHARGE    3249 MCOPY                                  5.16        18.14
06/26   W512   LEGAL POSTAGE  3299 ENVEL                                  0.90        17.24
06/26   W516   LEGAL COPY CH  3299 LCOPY                                  1.80        15.44
06/26   W516   LEGAL COPY CH  3299 LCOPY                                  3.60        11.84
```

```
REPORT ID: TS3030 .701                                    REPORT DATE: 07/01/08
                                                                PAGE NO:      2
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 01, 2008

ACCT: V12118         ACCT NAME: TORRES, MANUEL TAMAYO JR        ACCT TYPE: I

                            TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL         TOTAL          CURRENT        HOLDS       TRANSACTIONS
   BALANCE       DEPOSITS     WITHDRAWALS       BALANCE       BALANCE      TO BE POSTED
   -------       --------     -----------       -------       -------      ------------
     44.20         200.00         232.36          11.84          0.00              0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/1/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _L. Macias SVSP_
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

11.84