UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL TAMAYO TORRES, JR., | |
| Plaintiff, | No. C 08-2945 PJH (PR) |
| v. | **ORDER OF DISMISSAL** |
| DR. R. MACK, et al., | |
| Defendants. / | |

This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address has been returned by the postoffice as undeliverable, with a notation that plaintiff has been paroled. He has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: July 24, 2009.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.08\TORRES2945.DSM-mail.wpd